JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief
ALISON C. FINNEGAN, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) CASE NO. 4:18-cv-03197-SBA |
| ANDREW WHEELER, in his official capacity as Acting Administrator of the U.S. Environmental Protection Agency, et al., | )<br>) **STIPULATION FOR EXTENSION OF**<br>) **TIME TO ANSWER SECOND AMENDED**<br>) **COMPLAINT**<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| CROPLIFE AMERICA, | )<br>) |
| Intervenor-Defendant. | )<br>) |

1

1   This Stipulation is entered into by and between Plaintiffs Center for Environmental
2   Health, Center for Biological Diversity, and Californians for Pesticide Reform ("Plaintiffs");
3   Defendants Andrew Wheeler, in his official capacity as Acting Administrator of the U.S.
4   Environmental Protection Agency ("EPA"), the EPA, U.S. Fish and Wildlife Service, and David
5   Bernhardt, in his official capacity as Secretary of the Department of Interior ("Federal
6   Defendants"); and Intervenor-Defendant CropLife America ("CropLife").
7   WHEREAS, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief
8   ("Complaint") pursuant to the Endangered Species Act, 16 U.S.C. §§ 1531-1544, on May 30,
9   2018;
10   WHEREAS, Plaintiffs filed an Amended Complaint on July 25, 2018 (ECF 18);
11   WHEREAS, Plaintiffs filed a Motion for Leave to File a Second Amended and
12   Supplemental Complaint ("Second Amended Complaint") on November 21, 2018 (ECF 40),
13   which was granted;
14   WHEREAS, Plaintiffs filed their Second Amended Complaint on November 27, 2018
15   (ECF 43);
16   WHEREAS, Federal Defendants filed a motion to dismiss the Second Amended
17   Complaint on February 15, 2019;
18   WHEREAS, after the motion to dismiss was fully briefed, on October 15, 2019, the
19   parties received notice that the Court had denied Federal Defendants' motion to dismiss (ECF
20   62);
21   WHEREAS, Federal Defendants' answer to the Second Amended Complaint is due on
22   October 29, 2019;
23   WHEREAS, the parties agree to extend the time for Federal Defendants to file and serve
24   their answer, through and including November 13, 2019;
25   Pursuant to Local Rule 6-2, the Parties jointly stipulate and request that the Court order
26   that the time for Federal Defendants to answer the Second Amended Complaint is extended
27   through and including November 13, 2019.
28   Dated:  October 22, 2019                                        Respectfully submitted,

| | |
|---|---|
| /s/  Jonathan Evans (with permission)<br>Stephanie Parent<br>Center for Biological Diversity<br>P.O. Box 11374<br>Portland, OR 97211-0374<br>Tel: 971-717-6404<br><br>Jonathan Evans<br>Center for Biological Diversity<br>1212 Broadway Street, Suite 800<br>Oakland, CA 94612<br>Tel: 510-844-7100, ext. 318<br>jevans@biologicaldiversity.org<br><br>*Counsel for Plaintiffs* | JEAN E. WILLIAMS,<br>Deputy Assistant Attorney General<br>Environment & Natural Resources Division<br>SETH M. BARSKY, Chief<br>MEREDITH L. FLAX, Assistant Chief<br><br>/s/ Alison C. Finnegan<br>ALISON C. FINNEGAN, Trial Attorney<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife & Marine Resources Section<br>Ben Franklin Station<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>Tel: (202) 305-0500 Fax: (202) 305-0275<br>*Counsel for Federal Defendants* |

WILEY REIN LLP

/s/ David B. Weinberg (with permission)
David B. Weinberg (DC Bar No. 186247)
dweinberg@wileyrein.com
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
Fax: (202) 719-7049
*Counsel for Intervenor-Defendant CropLife America*

**[PROPOSED] ORDER**

Pursuant to Stipulation, Federal Defendants' answer to the Second Amended Complaint is due no later than November 13, 2019.

**IT IS SO ORDERED.**

Dated: _____October 22_____, 2019      _____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

*IT IS SO ORDERED*
*Judge Saundra B. Armstrong*