1
2
3
4                        UNITED STATES DISTRICT COURT
5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                                OAKLAND DIVISION
7

8   CENTER FOR ENVIRONMENTAL                Case No:  18-cv-03197 SBA
    HEALTH, et al.,
9                                           **ORDER SETTING DEADLINE FOR**
              Plaintiffs,                   **DISPOSITIVE MOTIONS**
10
11            vs.

12  ANDREW WHEELER, in his official
    capacity as Acting Administrator of the U.S.
13  Environmental Protection Agency, et al.,

14            Defendants,

15  and

16  CROPLIFE AMERICA,

17            Intervenor-Defendant.

18        All dispositive motions shall be **heard** on or before <u>September 8, 2021, at 2:00 p.m.</u>

19  The Court does not reserve motion hearing dates; the parties are advised to check the

20  Court's calendar to determine the next available date.  Pursuant to Civil L.R. 7-1(b), the

21  Court may, in its discretion, adjudicate motions without oral argument.

22        Motions for summary judgment are subject to the page limits set forth in Civil Local

23  Rule 7.  A party filing a motion for summary judgment shall do so at least 6 weeks before

24  the last day for hearing motions.  If the opposing party desires to file a cross-motion, such

25  motion shall be combined with the opposition to the motion, not to exceed 25 pages, and be

26  filed 14 days after the filing of the motion.  The opposition to any cross-motion shall be

27  combined with the reply in support of the motion, not to exceed 15 pages, and be filed 7

28  days after the filing of the opposition.  A reply to any cross-motion, not to exceed 10 pages,

shall be filed 7 days after the filing of the opposition.  Separate statements of undisputed facts will not be considered; joint statements are encouraged, but not required.

Per General Order 72-6, the local rule requiring courtesy copies is suspended pending further notice, unless a judge directs otherwise.  Currently, Judge Armstrong does not require courtesy copies for filings under 50 pages, including for motions, stipulations and other filings that necessitate action by the Court.  For voluminous filings and/or those with numerous exhibits, such as motions for summary judgment, however, Judge Armstrong requires courtesy copies in tabbed binders.  Please be advised that courtesy copies not in binders are being discarded and, thus, will not reach chambers.

IT IS SO ORDERED.

Dated:  04/16/21

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge