Jonathan Evans (CA Bar No. 247376)
Center for Biological Diversity
1212 Broadway Street, Suite 800
Oakland, CA 94612
(510) 844-7100 ext. 318
jevans@biologicaldiversity.org

Stephanie Parent (OR Bar No. 925908)*
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6404
sparent@biologicaldiversity.org

*Attorneys for Plaintiffs*
*Admitted pro hac vice

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL S. REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, et al., <br><br> Defendants, <br><br> and <br><br> CROPLIFE AMERICA, <br><br> Intervenor-Defendant. | CASE NO. 4:18-cv-03197-SBA <br><br> **JOINT UNOPPOSED MOTION TO EXTEND TIME TO FILE A MOTION FOR AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES; [PROPOSED] ORDER** |

1

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-3 Plaintiffs (Center for Environmental Health, Center for Biological Diversity, and Californians for Pesticide Reform) and Federal Defendants (Michael S. Regan, Administrator of the U.S. Environmental Protection Agency ("EPA"), the EPA, the U.S. Fish and Wildlife Service ("FWS"), and Debra Haaland, Secretary of the U.S. Department of the Interior) hereby file this joint motion to extend the time for Plaintiffs to file a motion for attorneys' fees and litigation expenses by an additional sixty (60) days to allow Plaintiffs and Federal Defendants further time to attempt to resolve the matter of attorneys' fees and costs without Court involvement. The Parties have conferred and Defendant-Intervenor CropLife America does not oppose the relief sought in this joint motion.

Under the applicable rules and attorney-fee award provisions of the Endangered Species Act, 16 U.S.C. § 1540(g)(4), Plaintiffs must file a motion for attorneys' fees and bill of costs within fourteen (14) days of the entry of judgment. Fed. R. Civ. P. 54(d); Civil L.R 54-1(a); Civil L.R. 54-5(a).  The Equal Access to Justice Act further provides that "[a] party seeking an award of fees and other expenses shall, within thirty (30) days of final judgment in the action, submit to the court an application for fees and other expenses." 28 U.S.C. § 2412(d)(1)(B).  The Supreme Court has held that the EAJA filing deadline is not jurisdictional. *Scarborough v. Principi*, 541 U.S. 401, 413-14 (2004); *see also New Life Evangelistic Ctr., Inc. v. Sebelius*, 847 F. Supp. 2d 50, 53 (D.D.C. 2012).  That time began to run when the Court entered the Parties' proposed order on the Second Stipulated Partial Settlement Agreement ("Second Settlement") on April 13, 2022.  Dkt. 125, ¶ 16.

The Parties negotiated a first stipulated partial settlement agreement regarding claims against EPA, Administrator Regan, FWS, and Secretary Haaland, without any admission of the allegations or claims, for the alleged violation of their procedural duties concerning completion of the Final Biological Opinion pursuant to ESA Section 7(a)(2) in Counts 1 and 2 set forth in the complaint. Dkt. 111. The Court entered an order effectuating the first stipulated partial settlement on January 4, 2022, and retained jurisdiction to enforce the terms of the settlement agreement. Dkt. 112.

The Parties negotiated a Second Settlement with regard to the remaining claims against the EPA and Administrator Regan for the alleged failure to comply with their substantive duties under ESA Section 7(a)(2) by taking final agency actions of registering or reregistering certain products containing malathion in paragraph 84 of the complaint as set forth in Count 1; the alleged unlawful withholding and/or unreasonable delay pursuant to Section 706(1) of the Administrative Procedure Act, 5 U.S.C. § 706(1), of completion of their substantive duties under ESA Section 7(a)(2) as set forth in Count 2; and the alleged violations of ESA Section 7(d), 16 U.S.C. § 1536(d), as set forth in Count 3. Dkt. 123. The Court entered an order effectuating the Second Settlement on April 13, 2022, and retained jurisdiction to enforce the terms of the settlement agreement. Dkt. 125.

On April 13, 2022, the Court also entered an order effectuating Plaintiffs' and Federal Defendants' Joint Unopposed Motion to Extend Time to File a Motion for Attorneys' Fees and Litigation Expenses by ninety (90) days to July 12, 2022. Dkt. 126.

The only outstanding issues remaining in this case are related to Plaintiffs' claim for attorneys' fees and costs. Plaintiffs and Federal Defendants have been actively involved in settlement discussions and have exchanged settlement proposals.

To provide additional time for Plaintiffs and Federal Defendants to resolve the matter of attorneys' fees and litigation costs absent any further involvement from this Court, Plaintiffs and Federal Defendants respectfully request that the Court extend the time for Plaintiffs to file any such motion for an additional sixty (60) days, through and including September 12, 2022. Providing the Parties additional time to attempt to resolve the issue of attorneys' fees and costs would reduce or avoid waste of resources to the Parties and the Court that would be incurred by unnecessary motion practice and additional costs, and may allow for more efficient resolution of the remaining issues in the case.

By agreeing to this request for additional time, Federal Defendants are not conceding that Plaintiffs are entitled to fees. Federal Defendants reserve all rights and defenses to entitlement and reasonableness of any fee request. As set forth in the attached proposed order, the Parties

request that this Court extend the deadline for Plaintiffs' motion for attorneys' fees and litigation costs by sixty (60) days from the current deadline, through and including September 12, 2022.

Respectfully submitted this 1st day of July, 2022.

| | |
|---|---|
| */s/ Jonathan Evans* | TODD KIM |
| Jonathan Evans | Assistant Attorney General |
| Center for Biological Diversity | Environment & Natural Resources Division |
| 1212 Broadway Street, Suite 800 | S. JAY GOVINDAN, Acting Chief |
| Oakland, CA 94612 | MEREDITH L. FLAX, Assistant Chief |
| Tel: 510-844-7100, ext. 318 | |
| jevans@biologicaldiversity.org | */s/ Alison Finnegan* |
| | ALISON C. FINNEGAN, Trial Attorney |
| Stephanie Parent | U.S. Department of Justice |
| Center for Biological Diversity | Environment & Natural Resources Division |
| P.O. Box 11374 | Wildlife & Marine Resources Section |
| Portland, OR 97211-0374 | Ben Franklin Station |
| Tel: 971-717-6404 | P.O. Box 7611 |
| | Washington, DC 20044-7611 |
| | Tel: (202) 305-0500 Fax: (202) 305-0275 |
| *Counsel for Plaintiffs* | *Counsel for Federal Defendants* |

4

**ORDER**

On April 13, 2022, the Court entered an order effectuating the parties' Second Stipulated Partial Settlement Agreement in the above captioned case resolving the remaining claims in Counts 1, 2, and 3 of the Second Amended Complaint.

Good cause having been shown, it is hereby ORDERED that Plaintiffs' deadline to file a motion for attorneys' fees and costs and a bill of costs shall be extended by sixty (60) days, through and including September 12, 2022.

**IT IS SO ORDERED.**

Dated:   July, 8, 2022

_____ RS
Richard Seeborg for Saundra Brown Armstrong
United States District Judge